2. The court's order with respect to the default judgment motion, dated Deceber 23, 1993, is hereby vacated *ab initio*.

Diane KEMP, Personal Representative of the Estate of Terrance Clay Kemp, Deceased and Diane Kemp, Individually, Plaintiff,

v.

PFIZER INC., a foreign corporation, and Shiley, Inc., a foreign corporation, jointly and severally, Defendants.

No. 92–40591.

United States District Court,
E.D. Michigan,
Southern Division.

April 10, 1997.

David D. Patton & Associates by Ellen Bartman Jannette, David D. Patton, Bloomfield Hills, MI, for Plaintiff.

Clark Hill, PLC by Kevin S. Hendrick, Detroit, MI, for defendants.

### STIPULATION AND ORDER WITHDRAWING MOTION AND VACATING ORDER

GADOLA, District Judge.

The parties, having settled the above captioned matter, stipulate as follows:

1. Plaintiff's motion for default judgment dated October 13, 1993, and all allegations made in connection therewith, and defendants' response thereto, are hereby withdrawn *ab initio* and dismissed with prejudice.